### Order

PER CURIAM.

Rochelle Coltin appeals the grant of summary judgment in favor of the Missouri Board of Probation and Parole. Coltin argues that summary judgment was improper because there was a genuine issue of material fact regarding whether she was required to serve 80% of her sentence under section 558.019, RSMo (Cum.Supp. 2006). We find that there was no genuine issue of material fact and affirm the trial court's grant of summary judgment.

The judgment of the trial court is affirmed. Rule 84.16(b).

### *ORDER*

PER CURIAM.

Eugene Coody appeals from his conviction for first-degree robbery. He contends the trial court abused its discretion in: (1) admitting hearsay evidence of cell phone records; and (2) refusing to grant a mistrial when a police officer gave testimony that violated Coody's constitutional right to remain silent. Upon review of the briefs and the record, we find no abuse of discretion and affirm the judgment of conviction. We have provided the parties with a memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

**AFFIRMED. Rule 30.25(b).**

**STATE of Missouri, Respondent,**

v.

**Eugene L. COODY, Appellant.**

**No. WD 66962.**

Missouri Court of Appeals,
Western District.

Oct. 23, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 2007.

Rebecca L. Kurz, Esq., Kansas City, MO, for appellant.

Shaun J. Mackelprang, Esq., Jefferson City, MO, for respondent.

Before: LOWENSTEIN, P.J., ELLIS and HARDWICK, JJ.

**Marcia NEUBAUER, Appellant,**

v.

**Joseph NEUBAUER, Respondent.**

**No. ED 88790.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 23, 2007.

Rehearing Denied Dec. 11, 2007.

Alan E. Freed, Clayton, MO, for appellant.

Hardy C. Menees, Kirkwood, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J. and ROBERT G. DOWD, JR. and KENNETH M. ROMINES, JJ.